UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:12-md-02385-DRH<br><br>MDL No. 2385 |

This Document Relates To:

*Arthur G. Hill v. Boehringer Ingelheim Pharmaceuticals Inc., et al.*     No. 14-cv-60033-DRH

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal entered on January 19, 2016(Doc. 7), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Dated: January 26, 2016

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.01.26 06:49:03 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT